IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN DOE NO. 1 and JOHN DOE NO. 2, | § § § | No. 458, 2016 |
| Plaintiffs Below, Appellants, | § § § § § | Court Below—Chancery Court of the State of Delaware C.A. No. 10983 |
| v. | § § | |
| ROBERT M. COUPE, solely in his official capacity a Commissioner of the Delaware Department of Correction, | § § § § § | |
| Defendant Below, Appellee. | § § § | |

Submitted: March 1, 2016
Decided: March 3, 2017

## ORDER

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices (constituting the Court *en banc*).

This 3rd day of March 2017, having considered this matter on the briefs filed by the parties and after oral argument, the Court has concluded that the final judgment of the Court of Chancery should be affirmed for the reasons stated in its August 12, 2016 opinion.[1]

---

[1] In ruling on the *Ex Post Facto* argument, the Court of Chancery relied upon this Court's decision in *Hassett v. State*, 12 A.3d 1154, 2011 WL 446561 (Del. Feb. 8, 2011) (TABLE). Based upon principles of *stare decisis*, we must adhere to our holding in *Hassett*.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

_____
Justice